FILED 31 JUL '23 10:28 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_____Portland_____ DIVISION

(Human Being)
By: _LeAndrew L. Menefee TM ©_
SECURED PARTY CREDITOR, A.R.
LEANDREW-L: MENEFEE TM © ®
(Fiction) _Fns legis_

_(Enter full name of plaintiff)_

Plaintiff,

v.

Pat Garritty - Sheriff
Shawn Fisher - Under Sheriff
John Stokes - Chief Deputy
John Shaver - Chief Deputy

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 3:23-cv-01112-SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**    Name: (Human Being) _LeAndrew-Laronn: Menefee TM ©_
Street Address: _16868 S.W. Holly Farms LN_
City, State & Zip Code: _Sherwood, O.R. 97140_
Telephone No.: _503-268-7973_

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**  Name: Pat Garritty - Sheriff
Street Address: 215 SW Adams Ave.
City, State & Zip Code: Hillsboro, OR, 97123
Telephone No.: ?

**Defendant No. 2**  Name: Shawn Fisher - Under Sheriff
Street Address: 215 SW Adams Ave
City, State & Zip Code: Hillsboro, OR, 97123
Telephone No.: ?

**Defendant No. 3**  Name: John Stokes - chief Deputy
Street Address: 215 SW Adams Ave.
City, State & Zip Code: Hillsboro, OR, 97123
Telephone No.: ?

**Defendant No. 4**  Name: John Shaver - chief Deputy
Street Address: 215 SW Adams Ave.
City, State & Zip Code: Hillsboro, OR, 97123
Telephone No.: ?

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

① Violation of 9th Amendment. ② Violation of 10th Amendment. ③ Misapplication of statutes. ④ FORCED SLAVERY / Unlawful Incarceration, under Threat, intimidation, Duress, protest and coercion.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Each defendant enumerated, has directly or by proxy committed Actual Fraud. Since service of Claim of Right to Filing of Uniform Commercial financing statement in 2021, defendants have caused irrepearable harm, violating my 9th and 10th amendment rights. Plaintiff is a Human Being, and has Legal and equitable title of the fiction LEANDREW-LARONN: MENEFEE©™ I have suffered Effliction of severe emotional distress.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Defendants Misapplied the statute when they treated plaintiff as a person. i.e. Corporation.

Plaintiff is a Living, breathing, flesh & Blood MAN, Sentient.

Certified Mail was Sent in 2021 to Clarify all misunderstanding. Notice to Agent, Notice to principle. Service upon one, is Service upon all. I plaintiff have suffered Mental anguish, pain & suffering, damage to my back and shoulder.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Defendants Knowingly, intentionaly, willingly put plaintiff into unlawful imprisonment and Forced slavery, Causing irrepearable harm. Becoming liable for and intelectual effliction for emotional distress. The threats, Duress and Coercion by defendant has again violated My 9th and 10th Amendment rights. I plaintiff am apart of the PEOPLE.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                                                            4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes  ☒ No   NON ADMINISTRATIVE

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Defendants are liable for damages in excess of $5,000,000.00. Monetary is set by court. Punative will be set by plaintiff in the amount of $5,000,000.00 in GOLD COINAGE, or at the equal Convertable amount in to US DOLLARS. Plaintiff has Common Law Copyright of the Fiction, LEANDREW-LARONN: MENEFEE ™ © ® and possesses LEGAL AND EQUITABLE Title. $1,000,000.00 per unauthorized use.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of July, 2023.

BY: _Leandrew J. Menefee_ © ™ ®
(Signature of Plaintiff)  Secured party Creditor

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]

NAME By: Leandrew L. Menefee ™ ©Ⓡ
WASHINGTON COUNTY JAIL
215 S.W. ADAMS MS35
HILLSBORO, OREGON 97123-3874
BOOKING # 2303550 – Under Threat, Duress & Coercion
& Seveere intimidation.

PORTLAND OR 972
27 JUL 2023 PM 5 L



UNITED STATES DISTRICT
(office of the clerk) COURTHOUSE
1000 S.W. 3rd Ave suite 740
Portland, OR 97204
97204-341571