IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEANDREW-LARONN MENEFEE,

           Plaintiff,

    v.

PAT GARRITY, et al.,

           Defendants.

Case No. 3:23-cv-01112-SI

JUDGMENT

SIMON, District Judge.

       Because Plaintiff has not complied with the Court's August 30, 2023, Order (#4) requiring him to pay the civil filing fee, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT.

  October 2, 2023
        DATE

                      Michael H. Simon
                      United States District Judge

1 - JUDGMENT